UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:19-cr-150-SPC-NPM

CRAIG AUSTIN LANG

| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Michael V. Leeman Jesus Casas |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Bjorn Brunvand |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Nicholas Rice |
| **Date/Time** | June 3, 2024 1:27 PM | **Interpreter** | |
| **Bench Time** | 1:27 PM-1:50 PM 24 minutes | | |

## CLERK'S MINUTES – INITIAL APPEARANCE

### INITIAL APPEARANCE

Defendant arrested on an Indictment.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel.  The Court had previously appointed CJA counsel Bjorn Brunvand.

Court advised the parties of the requirements of the Due Process Protections Act.

### DETENTION

Government orally moves for detention based upon his extradition from Ukraine, serious risk of flight and danger to the community.

Defendant stipulates to detention at this time but reserves the right to request a bond hearing if circumstances change.

**ORDER OF DETENTION TO ENTER**

**<u>ARRAIGNMENT</u>**

Defendant waives formal reading of the Indictment.

Not guilty plea entered as to Counts One through Six of the Superseding Indictment.

Trial set for the term commencing 7/1/2024 with the Status Conference on 6/10/2024 at 9:30 AM before the Honorable SHERI POLSTER CHAPELL. **CRIMINAL SCHEDULING ORDER TO ENTER.**

Defendant's Oral motion for discovery and for entry of a scheduling order setting matter for trial.

Government's Oral motion for reciprocal discovery and for entry of a scheduling order setting matter for trial.